FOIA Summons (1/13) (Page 2)

Civil Action No. 26-1212

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office, Dist. Columbia
was received by me on *(date)* 04/13/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: I emailed the summons, complaint, civil coversheet, and magistrate consent form to the Civil Process Clerk at USADC.ServiceCivil@usdoj.gov, with a service date of 04/13/2026. Pursuant to FRCP 4(i), I also sent hard copies of same via USPS certified mail, return receipt requested, to the address noted on the summons. .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/14/2026

/s/ Erin E Hogan-Freemole
*Server's signature*

Erin E Hogan-Freemole, Staff Attorney
*Printed name and title*

WildEarth Guardians
213 SW Ash St, Ste 202
Portland, OR 97204
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

WildEarth Guardians

**Erin Hogan-Freemole <ehoganfreemole@wildearthguardians.org>**

# WildEarth Guardians v. US Forest Service, 1:26-cv-01212-APM

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov> Tue, Apr 14, 2026 at 9:15 AM
To: Erin Hogan-Freemole <ehoganfreemole@wildearthguardians.org>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

The summons and complaint have been received by email, with a service date of April 13, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

[Quoted text hidden]